**Bruce E. Disenhouse, SBN 078760**
DISENHOUSE LAW APC
Attorneys at Law
5690 Magnolia Avenue (physical)
Post Office Box 152 (mailing)
Riverside, California 92502
T: 951-530-3710  F: 951-543-4239
E: bruce@disenhouselaw.net
E: electronicservice@disenhouselaw.net

Attorneys for Defendant COUNTY OF RIVERSIDE

**EXEMPT FROM FEE**
**GOVT. CODE 6103**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

JUL 21 2025

BY: Gaspar Ambriz Medina, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

J. J. a minor, by and through his Guardian ad Litem Oscar Acosta; MELISSA JENNINGS, an individual,

Plaintiffs,

v.

CHINO VALLEY UNIFIED SCHOOL DISTRICT; COUNTY OF RIVERSIDE; COUNTY OF SAN BERNARDINO, and DOES 1 through 50,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.:  CIVRS 2400295**

*Judge Kory Mathewson, R12*

ANSWER TO SECOND AMENDED COMPLAINT

COMES NOW Defendant COUNTY OF RIVERSIDE, and no others, and answers the Second Amended Complaint on file herein as follows:

I

Pursuant to the provisions of <u>California Code of Civil Procedure</u>, Section 431.30, this Defendant denies generally each and every allegation of the Second Amended Complaint and denies that Plaintiff was damaged in the amounts claimed, or at all, and denies that Plaintiff is entitled to the relief claimed upon the grounds alleged, or otherwise, or at all.

//

//

DISENHOUSE LAW
APC

II

As and for affirmative defenses, Defendant alleges as follows:

1.      The Second Amended Complaint fails to state a claim for relief.

2.      The COUNTY OF RIVERSIDE had no unconstitutional customs, practices or policies and did not act with deliberate indifference towards Plaintiffs, thus barring any of Plaintiffs Monell claims in their entirety.

3.      The Second Amended Complaint fails to state a claim for punitive damages under both state and federal law.

4.      All state law claims are barred by California Government Code Sections 815, 815.2, 820.2, 820.4, 820.8, 821.6, 821.8. 845 and 845.2, as well as various sections of the California Penal Code and other applicable statutes relating to both the transfer of individuals involved in family law matters to a custodial parent as well as providing assistance to fellow law enforcement agencies when requested to do so.

5.      Any force allegedly used on Plaintiff was objectively reasonable, thus barring any use of force claims.

6.      Tactical negligence claims as to peace officers are barred as a matter of law under both state and federal law.

7.      This action is patently frivolous and brought in bad faith, warranting the imposition of attorney's fees and costs pursuant to California Government Code Section 1038

WHEREFORE, responding Defendant COUNTY OF RIVERSIDE prays as follows:

(1)     That Plaintiff takes nothing by reason of his Second Amended Complaint on file herein;

(2)     That the Second Amended Complaint be dismissed;

(3)     For costs of suit incurred herein, including attorney's fees; and

(4)     For such other and further relief as the Court deems just and proper.

Date:   July 21, 2025                          DISENHOUSE LAW APC



                                               BRUCE E. DISENHOUSE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**      )
                               ) ss.
**COUNTY OF RIVERSIDE**    )

       I, Brenda Laird, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 5690 Magnolia Avenue (physical), Post Office Box 152 (mailing), Riverside, California 92502.

       On July 21, 2025, I served or caused to be served the foregoing ANSWER TO SECOND AMENDED COMPLAINT on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

**SEE ATTACHED SERVICE LIST**

___    **BY MAIL**: I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

___    **BY FAX**: A copy of said document(s) was delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

_X_    **BY ELECTRONIC SERVICE**: A copy of said document(s) was delivered by electronic transmission from brenda@disenhouselaw.net to the addressee(s) pursuant to California Code of Civil Procedure §1013(g), §1010.6(a), §1010.6(a)(2)(A)(ii), and/or §1010.6(e)(1) and (2) as amended September 21, 2020, at the email addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___    **BY PERSONAL SERVICE**: I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

___    **BY EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

___    **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Pursuant to L.R. 5-3.2.1 and 5-3.2.2 the undersigned declares service has been affected by way of CM/ECF or via Mail service as indicated above.

       I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 21, 2025, at Riverside, California.

_Brenda Laird_
BRENDA LAIRD

ANSWER TO SECOND AMENDED COMPLAINT

DISENHOUSE LAW
APC

1

## <u>MAILING LIST</u>

2

3

*J. J. vs. Chino Valley Unified School District, et al.*
*Case Number  CIVRS 2400295*

4

***<u>Attorney for Plaintiffs J.J., a minor, by and through his Guardian ad Litem Oscar Acosta, and</u>***
***<u>Melissa Jennings</u>***

5

Brandon Wyman
Wyman Law Group

6

515 S. Flower Street, 18th Floor

7

Los Angeles, CA  90071
T:  213-600-2001

8

E:  brandon@wyman.law

9

***<u>Attorney for Defendant San Bernardino County</u>***

10

Lea Patricia L. Francisco
County Counsel

11

385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140

12

T:  909-387-5460
F:  909-387-4069

13

E:  lea.francisco@cc.sbcounty.gov

14

E:  Jacqueline.ochoa@cc.sbcounty.gov

15

***<u>Attorney for Defendant Chino Valley Unified School District</u>***
Daniel S. Modafferi

16

Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Ste. 100

17

Carlsbad, CA  92008
T:  760-444-0039

18

F:  760-444-0130

19

E:  dmodafferi@fdmattorneys.com
E:  dhetman@fdmattorneys.com

20

21

22

23

24

25

26

27

28

4
ANSWER TO SECOND AMENDED COMPLAINT