Brandon Wyman, Esq. [SBN: 279171]
**WYMAN LAW GROUP**
515 S. Flower Street, 18th Fl
Los Angeles, California 90071
Telephone: (213) 600-2001
Email: brandon@wyman.law

Attorneys for Plaintiffs J.J. and Melissa Jennings

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., a minor, by and through his Guardian Ad Litem, OSCAR ACOSTA; MELISSA JENNINGS, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT; COUNTY OF RIVERSIDE; COUNTY OF SAN BERNARDINO and DOES 1 through 50,<br><br>　　　　　　　　　Defendants. | **Case No.: 5:25-CV-02010-SSS-SPx**<br>*Assigned to Hon. Judge Sunshine Suzanne Sykes*<br><br>**ORDER DISMISSING PLAINTIFFS' SEVENTH CAUSE OF ACTION FOR VIOLATION OF FEDERAL CIVIL RIGHTS (42 U.S.C. § 1983) AND FOR REMAND TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br><br>Second Amended Complaint (State Court) Served: July 3, 2025<br><br>Notice of Removal Filed: August 1, 2025 |

**ORDER DISMISSING PLAINTIFFS' SEVENTH CAUSE OF ACTION FOR VIOLATION OF FEDERAL CIVIL RIGHTS (42 U.S.C. § 1983) AND REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

1

The Court having reviewed the Stipulation of the parties in the above captioned matter filed August 8, 2025 for dismissal of the Plaintiffs' federal cause of action and for remand of the case, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that pursuant to FRCP 41 (a) and (b), Plaintiffs' seventh cause of action for Violation of Federal Civil Rights (42 U.S.C. § 1983) against Defendants Chino Valley Unified School District ("Chino Valley Unified"), County of Riverside, and San Bernadino County (collectively "Defendants") is hereby dismissed.

**IT IS FURTHER ORDERED** that the matter is remanded to California State Court, County of San Bernardino.

IT IS SO ORDERED.

Dated: **September 4, 2025**

_____
Hon. Judge Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE

---

**ORDER DISMISSING PLAINTIFFS' SEVENTH CAUSE OF ACTION FOR VIOLATION OF FEDERAL CIVIL RIGHTS (42 U.S.C. § 1983) AND REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

2